ORIGINAL

RICHARDS & ZENGER
Attorneys at Law,
a Law Corporation
DONNA E. RICHARDS, #7625
MARK R. ZENGER, #3511
P.O. Box 3966
Lihue, Hawaii 96766
Phone: (808) 632-0723

Attorneys for Plaintiff
KALEKI OLIVER

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 22 2005

at __6__ o'clock and __3__ min __P__ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KALEKI OLIVER, ) | CIVIL NO. 04-00409 HG/BMK |
| ) | |
| Plaintiff, ) | **CERTIFICATE OF SERVICE** |
| ) | **(Re: NOTICE OF TAKING** |
| vs. ) | **DEPOSITION UPON ORAL** |
| ) | **EXAMINATION; EXHIBIT A)** |
| OHANA PACIFIC MANAGEMENT ) | |
| INC; HALE KUPUNA HERITAGE ) | **[Mike Wellman]** |
| HOME, LLC; JORDAN GOMEZ; and ) | |
| KURT AKAMINE, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | **Trial Date: April 11, 2006** |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the "**NOTICE OF TAKING**

**DEPOSITION UPON ORAL EXAMINATION; EXHIBIT A [Mike**

**Wellman]**" was served on the following parties by depositing the same in the

United States mail, first class postage prepaid on the date shown below;

SARAH O. WANG
KAIULANI E.S. KIDANI
1001 Bishop Street
1550 Pauahi Tower
Honolulu, Hawaii 96813

Attorneys for Defendants
Ohana Pacific Management Company, Inc.;
Hale Kupuna Heritage Home, LLC;
Kurt Akamine and Jordan Gomez

DATED:   Lihue, Hawaii, December 21, 2005.

_____
DONNA E. RICHARDS
MARK R. ZENGER

Attorneys for Plaintiff
KALEKI OLIVER