ORIGINAL

RICHARDS & ZENGER
Attorneys at Law,
a Law Corporation
DONNA E. RICHARDS, #7625
MARK R. ZENGER, #3511
P.O. Box 3966
Lihue, Hawaii 96766
Phone: (808) 632-0723

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 2 2005

at ___6__o'clock and __31__min. __P__M
SUE BEITIA, CLERK

Attorneys for Plaintiff
KALEKI OLIVER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KALEKI OLIVER,<br><br>   Plaintiff,<br><br> vs.<br><br>OHANA PACIFIC MANAGEMENT INC; HALE KUPUNA HERITAGE HOME, LLC; JORDAN GOMEZ; and KURT AKAMINE,<br><br>   Defendants. | CIVIL NO. 04-00409 HG/BMK<br><br>**CERTIFICATE OF SERVICE (Re: Plaintiff Kaleki Oliver's Answer to Defendant Jordan Gomez's First Request for Answers to Interrogatories)** |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of "**PLAINTIFF KALEKI OLIVER'S**

**ANSWER TO DEFENDANT JORDAN GOMEZ'S FIRST REQUEST FOR**

**ANSWERS TO INTERROGATORIES**" was served on the following parties by

depositing the same in the United States mail, first class postage prepaid on the

date shown below;

    SARAH O. WANG
    KAIULANI E.S. KIDANI
    1001 Bishop Street
    1550 Pauahi Tower
    Honolulu, Hawaii 96813

    Attorneys for Defendants
    Ohana Pacific Management Company, Inc.;
    Hale Kupuna Heritage Home, LLC;
    Kurt Akamine and Jordan Gomez

DATED:    Lihue, Hawaii, December 21, 2005.


    MARK R. ZENGER
    DONNA E. RICHARDS

    Attorneys for Plaintiff
    KALEKI OLIVER

2