ORIGINAL

RICHARDS & ZENGER
Attorneys at Law,
a Law Corporation
DONNA E. RICHARDS, #7625
MARK R. ZENGER, #3511
P.O. Box 3966
Lihue, Hawaii 96766
Phone: (808) 632-0723

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 22 2005

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

Attorneys for Plaintiff
KALEKI OLIVER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KALEKI OLIVER, | CIVIL NO. 04-00409 HG/BMK |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | (Re: Plaintiff Kaleki Oliver's Answer to Defendant Hale Kupuna Heritage Home, LLC's (1) First Request for Answers to Admissions; (2) First Request for Answers to Interrogatories; and (3) First Request for Production of Documents) |
| OHANA PACIFIC MANAGEMENT INC; HALE KUPUNA HERITAGE HOME, LLC; JORDAN GOMEZ; and KURT AKAMINE, | |
| Defendants. | |

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of "**PLAINTIFF KALEKI OLIVER'S**

**ANSWER TO DEFENDANT HALE KUPUNA HERITAGE HOME, LLC'S**

**(1) FIRST REQUEST FOR ANSWERS TO ADMISSIONS; (2) FIRST**

**REQUEST FOR ANSWERS TO INTERROGATORIES; AND (3) FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**" was served on the following parties by depositing the same in the United States mail, first class postage prepaid on the date shown below;

    SARAH O. WANG
    KAIULANI E.S. KIDANI
    1001 Bishop Street
    1550 Pauahi Tower
    Honolulu, Hawaii 96813

    Attorneys for Defendants
    Ohana Pacific Management Company, Inc.;
    Hale Kupuna Heritage Home, LLC;
    Kurt Akamine and Jordan Gomez

    DATED:   Lihue, Hawaii, December 21, 2005.

_____
MARK R. ZENGER
DONNA E. RICHARDS

Attorneys for Plaintiff
KALEKI OLIVER