

**MARR HIPP JONES & WANG**
A LIMITED LIABILITY LAW PARTNERSHIP

SARAH O. WANG          6649-0
KAIULANI E.S. KIDANI   7291-0
1001 Bishop Street
1550 Pauahi Tower
Honolulu, Hawaii 96813
Tel. No. (808) 536-4900
Fax No. (808) 536-6700
swang@marrhipp.com

Attorneys for Defendants
Ohana Pacific Management Company, Inc.,
Hale Kupuna Heritage Home, LLC, Jordan Gomez
and Kurt Akamine

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 9 2005

at 6 o'clock and 04 min M
SUE BEITIA, CLERK

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KALEKI OLIVER,<br><br>          Plaintiff,<br><br>vs.<br><br>OHANA PACIFIC MANAGEMENT INC.; HALE KUPUNA HERITAGE HOME, LLC, JORDAN GOMEZ; and KURT AKAMINE,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CV NO. 04-00409 HG/BMK<br><br>SUBMISSION OF ORIGINAL DECLARATIONS OF RANDALL HATA AND KURT AKAMINE IN SUPPORT OF DEFENDANT OHANA PACIFIC MANAGEMENT COMPANY, INC.'S MOTION FOR SUMMARY JUDGMENT ON ALL CLAIMS AGAINST IT (FILED DEC. 14, 2005); EXHIBITS A-B; CERTIFICATE OF SERVICE<br><br>DATE:  January 30, 2006<br>TIME:  9:00 a.m.<br>JUDGE:  The Hon. Helen Gillmor<br>Trial: April 11, 2006 |

74722/494.003

SUBMISSION OF ORIGINAL DECLARATIONS OF RANDALL HATA
AND KURT AKAMINE IN SUPPORT OF DEFENDANT
OHANA PACIFIC MANAGEMENT COMPANY, INC.'S
MOTION FOR SUMMARY JUDGMENT ON
ALL CLAIMS AGAINST IT (FILED DEC. 14, 2005)

Defendants OHANA PACIFIC MANAGEMENT COMPANY, INC.,

HALE KUPUNA HERITAGE HOME, LLC, KURT AKAMINE and JORDAN

GOMEZ, by and through their attorneys, Marr Hipp Jones & Wang, hereby submit

the original Declarations of Randall Hata and (Exhibit A) and Kurt Akamine

(Exhibit B) in support of Defendant Ohana Pacific Management Company, Inc.'s

Motion For Summary Judgment On All Claims Against It (Filed Dec. 14, 2005)

(the "Motion"). Facsimile copies of these declarations were previously submitted

as attachments to Defendant Ohana Pacific Management Company, Inc.'s Concise

Statement Of Facts In Support Of Defendant Ohana Pacific Management

Company, Inc.'s Motion For Summary Judgment On All Claims Against It (Filed

Dec. 14, 2005), which was filed concurrently with the Motion.

DATED:    Honolulu, Hawaii, December 29, 2005.


*Kaiulani Kidani*
_____
SARAH O. WANG
KAIULANI E.S. KIDANI

Attorneys for Defendants
Ohana Pacific Management
Company, Inc.; Hale Kupuna
Heritage Home, LLC, Jordan Gomez
and Kurt Akamine