IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KALEKI OLIVER, | ) CV NO. 04-00409 HG/BMK <br> ) <br> ) CERTIFICATE OF SERVICE <br> ) |
| Plaintiff, | |
| vs. | |
| OHANA PACIFIC MANAGEMENT INC.; HALE KUPUNA HERITAGE HOME, LLC, JORDAN GOMEZ; and KURT AKAMINE, | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the date noted below, the foregoing document was served on the following by depositing the same in the United States mail, first class postage prepaid, addressed as follows:

RICHARDS & ZENGER
DONNA E. RICHARDS, ESQ.
MARK R. ZENGER, ESQ.
P.O. Box 3966
Lihue, Hawaii 96766

and

74694/494.003

JAMEELAH PEER, ESQ.
775 Kaipii Street
Kailua, Hawaii 96734

Attorneys for Plaintiff
KALEKI OLIVER

DATED:   Honolulu, Hawaii, December 29, 2005.

_____
SARAH O. WANG
KAIULANI E.S. KIDANI

Attorneys for Defendants
Ohana Pacific Management
Company, Inc.; Hale Kupuna
Heritage Home, LLC, Jordan Gomez
and Kurt Akamine