

**MARR HIPP JONES & WANG**
A LIMITED LIABILITY LAW PARTNERSHIP

SARAH O. WANG          6649-0
KAIULANI E.S. KIDANI    7291-0
1001 Bishop Street
1550 Pauahi Tower
Honolulu, Hawaii 96813
Tel. No. (808) 536-4900
Fax No. (808) 536-6700
swang@marrhipp.com

Attorneys for Defendants
Ohana Pacific Management Company, Inc.,
Hale Kupuna Heritage Home, LLC, Jordan Gomez
and Kurt Akamine

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 29 2005

at 6 o'clock and 04 min __M
SUE BEITIA, CLERK

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| KALEKI OLIVER, | ) CV NO. 04-00409 HG/BMK |
|---|---|
| Plaintiff, | ) SUBMISSION OF ORIGINAL |
| vs. | ) DECLARATIONS OF KURT<br>) AKAMINE AND JORDAN<br>) GOMEZ IN SUPPORT OF |
| OHANA PACIFIC MANAGEMENT INC.;<br>HALE KUPUNA HERITAGE HOME,<br>LLC, JORDAN GOMEZ; and KURT<br>AKAMINE, | ) DEFENDANT JORDAN<br>) GOMEZ'S MOTION FOR<br>) SUMMARY JUDGMENT ON<br>) ALL CLAIMS AGAINST HIM<br>) (FILED DEC. 14, 2005); |
| Defendants. | ) EXHIBITS A-B; CERTIFICATE<br>) OF SERVICE<br>)<br>) DATE: January 30, 2006<br>) TIME: 9:00 a.m.<br>) JUDGE: The Hon. Helen Gillmor<br>)<br>) Trial: April 11, 2006 |

74720/494.003

SUBMISSION OF ORIGINAL DECLARATIONS OF KURT AKAMINE
AND JORDAN GOMEZ IN SUPPORT OF DEFENDANT
JORDAN GOMEZ'S MOTION FOR SUMMARY JUDGMENT
ON ALL CLAIMS AGAINST HIM (FILED DEC. 14, 2005)

Defendants OHANA PACIFIC MANAGEMENT COMPANY, INC., HALE KUPUNA HERITAGE HOME, LLC, KURT AKAMINE and JORDAN GOMEZ, by and through their attorneys, Marr Hipp Jones & Wang, hereby submit the original Declarations of Kurt Akamine (Exhibit A) and Jordan Gomez (Exhibit B) in support of Defendant Jordan Gomez's Motion For Summary Judgment On All Claims Against Him (Filed Dec. 14, 2005) (the "Motion"). Facsimile copies of these declarations were previously submitted as attachments to Defendant Jordan Gomez's Concise Statement Of Facts In Support Of Defendant Jordan Gomez's Motion For Summary Judgment On All Claims Against Him (Filed Dec. 14, 2005), which was filed concurrently with the Motion.

DATED:   Honolulu, Hawaii, December 29, 2005.

_____
SARAH O. WANG
KAIULANI E.S. KIDANI

Attorneys for Defendants
Ohana Pacific Management
Company, Inc.; Hale Kupuna
Heritage Home, LLC, Jordan Gomez
and Kurt Akamine

74720/494.003

2