

**MARR HIPP JONES & WANG**
A LIMITED LIABILITY LAW PARTNERSHIP

SARAH O. WANG      6649-0
1001 Bishop Street
1550 Pauahi Tower
Honolulu, Hawaii 96813
Tel. No. (808) 536-4900
Fax No. (808) 536-6700
swang@marrhipp.com

Attorney for Defendants
Ohana Pacific Management Company, Inc.;
Hale Kupuna Heritage Home, LLC, Jordan Gomez
and Kurt Akamine

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 5 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KALEKI OLIVER,<br><br>    Plaintiff,<br><br>vs.<br><br>OHANA PACIFIC MANAGEMENT INC.;<br>HALE KUPUNA HERITAGE HOME,<br>LLC, JORDAN GOMEZ; and KURT<br>AKAMINE,<br><br>    Defendants. | CV NO. 04-00409 HG/BMK<br><br>NOTICE OF WITHDRAWAL<br>WITHOUT PREJUDICE OF<br>DEFENDANT KURT<br>AKAMINE'S MOTION FOR<br>SUMMARY JUDGMENT ON<br>ALL CLAIMS AGAINST HIM<br>(FILED DEC. 14, 2005);<br>CERTIFICATE OF SERVICE<br><br>DATE: January 30, 2006<br>TIME: 9:00 a.m.<br>JUDGE: The Honorable Helen<br>         Gillmor<br><br>Trial: April 11, 2006 |

75468/494.003

2

NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF
DEFENDANT KURT AKAMINE'S MOTION FOR SUMMARY JUDGMENT
ON ALL CLAIMS AGAINST HIM (FILED DEC. 14, 2005)

Defendant Kurt Akamine, by and through his attorneys, MARR HIPP JONES & WANG, hereby withdraws, without prejudice, his Motion For Summary Judgment On All Claims Against Him, which was filed December 14, 2005 and is set for hearing on January 30, 2005, at 9:00 a.m. before The Honorable Helen Gillmor.

DATED:   Honolulu, Hawaii, January 25, 2006.

/s/ SARAH O. WANG

Attorney for Defendants
Ohana Pacific Management
Company, Inc., Hale Kupuna Heritage
Home, LLC, Jordan Gomez and Kurt
Akamine

75468/494.003                     2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KALEKI OLIVER, ) | CV NO. 04-00409 HG/BMK |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | |
| vs. ) | |
| ) | |
| OHANA PACIFIC ) | |
| MANAGEMENT INC.; HALE ) | |
| KUPUNA HERITAGE HOME, ) | |
| LLC, JORDAN GOMEZ; and ) | |
| KURT AKAMINE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on the date noted below, the foregoing document was served on the following by depositing the same in the United States mail, first class postage prepaid, addressed as follows:

RICHARDS & ZENGER
DONNA E. RICHARDS, ESQ.
MARK R. ZENGER, ESQ.
P.O. Box 3966
Lihue, Hawaii 96766

and

75468/494.003                   1

JAMEELAH PEER, ESQ.
775 Kaipii Street
Kailua, Hawaii 96734

Attorneys for Plaintiff
KALEKI OLIVER

DATED: Honolulu, Hawaii, January 25, 2006.

_____
SARAH O. WANG

Attorney for Defendants
Ohana Pacific Management
Company, Inc.; Hale Kupuna
Heritage Home, LLC, Jordan
Gomez and Kurt Akamine

75468/494.003                    2