

**MARR HIPP JONES & WANG**
A LIMITED LIABILITY LAW PARTNERSHIP

SARAH O. WANG           6649-0
1001 Bishop Street
1550 Pauahi Tower
Honolulu, Hawaii 96813
Tel. No. (808) 536-4900
Fax No. (808) 536-6700
swang@marrhipp.com

Attorney for Defendants
Ohana Pacific Management Company, Inc.;
Hale Kupuna Heritage Home, LLC, Jordan Gomez
and Kurt Akamine

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 5 2006

at __1__ o'clock and __50__ min. __P__ M
SUE BEITIA, CLERK

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KALEKI OLIVER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>OHANA PACIFIC MANAGEMENT INC.;<br>HALE KUPUNA HERITAGE HOME,<br>LLC, JORDAN GOMEZ; and KURT<br>AKAMINE,<br><br>　　　　Defendants. | CV NO. 04-00409 HG/BMK<br><br>NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF DEFENDANT HALE KUPUNA HERITAGE HOME, LLC'S MOTION FOR SUMMARY JUDGMENT ON ALL CLAIMS AGAINST IT (FILED DEC. 14, 2005); CERTIFICATE OF SERVICE<br><br>DATE: January 30, 2006<br>TIME: 9:00 a.m.<br>JUDGE: The Honorable Helen<br>　　　　Gillmor<br><br>Trial: April 11, 2006 |

75462/494.003

## NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF DEFENDANT HALE KUPUNA HERITAGE HOME, LLC'S MOTION FOR SUMMARY JUDGMENT ON ALL CLAIMS AGAINST IT (FILED DEC. 14, 2005)

Defendant Hale Kupuna Heritage Home, LLC, by and through its attorneys, MARR HIPP JONES & WANG, hereby withdraws, without prejudice, its Motion For Summary Judgment On All Claims Against It, which was filed December 14, 2005 and is set for hearing on January 30, 2005, at 9:00 a.m. before The Honorable Helen Gillmor.

DATED:   Honolulu, Hawaii, January 25, 2006.

_____
SARAH O. WANG

Attorney for Defendants
Ohana Pacific Management Company, Inc., Hale Kupuna Heritage Home, LLC, Jordan Gomez and Kurt Akamine

75462/494.003                                    2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KALEKI OLIVER, | ) CV NO. 04-00409 HG/BMK |
|       Plaintiff, | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| OHANA PACIFIC MANAGEMENT INC.; HALE KUPUNA HERITAGE HOME, LLC, JORDAN GOMEZ; and KURT AKAMINE, | ) |
|       Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on the date noted below, the foregoing document was served on the following by depositing the same in the United States mail, first class postage prepaid, addressed as follows:

    RICHARDS & ZENGER
    DONNA E. RICHARDS, ESQ.
    MARK R. ZENGER, ESQ.
    P.O. Box 3966
    Lihue, Hawaii 96766

    and

75462/494.003              1

JAMEELAH PEER, ESQ.
775 Kaipii Street
Kailua, Hawaii 96734

Attorneys for Plaintiff
KALEKI OLIVER

DATED:   Honolulu, Hawaii, January 25, 2006.

_____
SARAH O. WANG

Attorney for Defendants
Ohana Pacific Management
Company, Inc.; Hale Kupuna
Heritage Home, LLC, Jordan
Gomez and Kurt Akamine