**MARR HIPP JONES & WANG**
A LIMITED LIABILITY LAW PARTNERSHIP

SARAH O. WANG          6649-0
KAIULANI E.S. KIDANI   7291-0
1001 Bishop Street
1550 Pauahi Tower
Honolulu, Hawaii 96813
Tel. No. (808) 536-4900
Fax No. (808) 536-6700
swang@marrhipp.com

Attorneys for Defendants
Ohana Pacific Management Company, Inc.,
Hale Kupuna Heritage Home, LLC, Jordan Gomez
and Kurt Akamine

**LODGED** MAR 1 5 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAR 2 1 2006
at __ o'clock and __ min __ M
SUE BEITIA, CLERK

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KALEKI OLIVER, | CV NO. 04-00409 HG/BMK |
| Plaintiff, | STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND ALL PARTIES |
| vs. | |
| OHANA PACIFIC MANAGEMENT INC.; HALE KUPUNA HERITAGE HOME, LLC, JORDAN GOMEZ; and KURT AKAMINE, | |
| Defendants. | Trial: April 11, 2006 |

73087/494.003

STIPULATION FOR DISMISSAL WITH PREJUDICE
AS TO ALL CLAIMS AND ALL PARTIES

IT IS HEREBY STIPULATED by and between Plaintiff and Defendants Ohana Pacific Management Company, Inc., Hale Kupuna Heritage Home, LLC, Kurt Akamine and Jordan Gomez, that this action, including all claims filed herein, is dismissed with prejudice. There are no remaining parties and/or issues.

This stipulation is based on Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and has been signed by all parties who have made an appearance in this action. Trial is set for April 11, 2006. Each party agrees to bear its own attorneys' fees and costs.

DATED:   Lihue, Hawaii, _January 23, 2006_.

_____
DONNA E. RICHARDS, ESQ.
MARK R. ZENGER, ESQ.

Attorney for Plaintiff
Kaleki Oliver

DATED: Honolulu, Hawaii, JAN 2 4 2006.

*/s/ Sarah O. Wang*
SARAH O. WANG

Attorney for Defendants
Ohana Pacific Management
Company, Inc., Hale Kupuna Heritage
Home, LLC, Jordan Gomez and Kurt
Akamine

APPROVED AND SO ORDERED:

*/s/*
JUDGE OF THE ABOVE-ENTITLED COURT

---

**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND ALL PARTIES**; Kaleki Oliver v. Ohana Pacific Management Company, Inc., et al.; Civil No. CV04-00409 HG/BMK

3